IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES SHEPPARD,

                Plaintiff,

v.

JAMES PATTERSON, JOLINDA
WATERMAN, and SANDRA MCARDLE,

                Defendants.

ORDER

18-cv-896-wmc

---

*Pro se* plaintiff Charles Sheppard, a prisoner at the Wisconsin Secure Program Facility ("WSPF"), is proceeding in this lawsuit pursuant to 42 U.S.C. § 1983, on Eighth Amendment and state law claims related to multiple WSPF employees' decisions to abruptly terminate his medication and then fail to treat his withdrawal symptoms in August of 2018. Defendant Sandra McArdle filed a motion for partial summary judgment on the ground that Sheppard failed to exhaust his administrative remedies with respect to his claim that McArdle treated Sheppard with ineffective medication. (Dkt. #56.) The court set March 19, 2020, as Sheppard's opposition deadline. However, that deadline has passed, and Sheppard has neither filed an opposition nor sought an extension of time to oppose McArdle's motion. The court will give Sheppard one more opportunity to respond to McArdle's motion: he now has until **April 10, 2020,** to file an opposition to McArdle's motion for partial summary judgment. If he fails to respond by that deadline, the court will grant McArdle's motion as unopposed and dismiss without prejudice Sheppard's claim related to her decision to terminate his medication and prescribe ineffective medication.

ORDER

IT IS ORDERED that plaintiff Charles Sheppard may have until **April 10, 2020**, to file a response to defendant McArdle's motion for partial summary judgment. **If Sheppard does not respond by that date, the court will dismiss without prejudice his claim that McArdle terminated his prescription and prescribed an ineffective medication.**

Dated this 27th day of March, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge